Case 3:18-cv-00006   Document 32   Filed on 03/11/19 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
March 11, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF TENSAR INTERNATIONAL CORPORATION, | § § § § | |
| Plaintiff, | § § | |
| VS. | § | CIVIL ACTION NO. 3:18-CV-00006 |
| | § | |
| TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA, *et al*, | § § § § | |
| Defendants. | § | |

### CONDITIONAL DISMISSAL ORDER

The Court has been advised that a settlement has been reached between the parties. Accordingly, it is hereby **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** to reinstatement of Plaintiff's claims, unless any party represents in writing filed with the Court on or before **April 10, 2019** that the settlement could not be completely documented.

All pending motions are hereby **DENIED as moot**.

SIGNED at Galveston, Texas, this 11th day of March, 2019.

George C. Hanks Jr.
United States District Judge